**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00961-CV

**THE CITY OF BLUE RIDGE, Appellant**

**V.**

**FRANK RAPPOLD AND OLGA RAPPOLD, INDIVIDUALLY AND AS NEXT FRIEND OF K.R., A MINOR CHILD, AND OF F.R., JR., A MINOR CHILD, AND LINDA RAPPOLD, Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-05678-2017**

## ORDER

Before the Court is appellees' December 30, 2019 motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief received on December 27, 2019 filed as of the date of this order.

/s/    BILL WHITEHILL
JUSTICE